## GOOD NEIGHBORS OF S. DAVIDSON v. TOWN OF DENTON

No. 170PA01

Case below: 142 N.C. App. 391

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 3 May 2001.

## IN RE BRIM

No. 143P01

Case below: 142 N.C. App. 212

Petition by respondent for discretionary review pursuant to G.S. 7A-31 denied 19 April 2001.

## IN RE FORECLOSURE OF HOOPER

No. 111P01

Case below: 141 N.C. App. 149

Petition by defendant (Eugene Hooper) for discretionary review pursuant to G.S. 7A-31 denied 3 May 2001. Justice Martin recused.

## LIBERTY MUT. INS. CO. v. PENNINGTON

No. 185PA01

Case below: 141 N.C. App. 495

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals allowed 3 May 2001.

## LYNN v. BURNETTE

No. 418PA99-2

Case below: 353 N.C. 266
           134 N.C. App. 731

Joint motion to withdraw case allowed 18 April 2001.